UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KEITH LAMONT FARMER, | ) |
| | ) |
| Plaintiff | ) |
| | ) Case No. 3:12-0489 |
| v. | ) Judge Trauger/Brown |
| | ) |
| CPL. CHRIS PARKER, *et al.*, | ) |
| | ) |
| Defendants | ) |

## O R D E R

The Plaintiff in this matter has written the Court a letter, which was received on May 29, 2012. Any correspondence the Plaintiff has with the Court should be in the form of a motion or other pleading with a caption similar to that used above in this order. Once any of the Defendants are served the Plaintiff must send a copy of anything he files with the Court to opposing counsel with a certificate of service in the form stated as follows:

> I certify that a copy of the foregoing **[enter name of the document you are mailing]** has been mailed to **[write in names and addresses of all Defendants]** on **[write in date you mailed the document].**

>  _____
> **[SIGN YOUR NAME ON LINE]**
> **Print your name & address**
> Keith LaMont Farmer 320523
> P.O. Box 196383
> Nashville, TN 37219-6383

The **Clerk** is directed to send the Plaintiff a copy of the Court's Local Rules.

The Plaintiff further asks why the docket sheet does not show a jury demand in this case. The reason is that the Plaintiff

in his complaint did not request a jury in his prayer for relief as required by the Federal Rules of Civil Procedure.

The Magistrate Judge will consider this letter as a request for a jury demand and the **Clerk** will amend the docket sheet to so reflect.

Once the Plaintiff has returned the service packets, service of process has been obtained, and the Defendants have responded, the Magistrate Judge will enter a scheduling order or hold a Rule 16 hearing.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge