UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KEITH LAMONT FARMER, ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 3:12-0489 |
| v. ) | Judge Trauger/Brown |
| ) | |
| CPL. CHRIS PARKER, *et al.*, ) | |
| ) | |
| Defendants ) | |

## O R D E R

The Magistrate Judge provided the Plaintiff with a sample certificate of service, which the should use on all future pleadings that he files with the Court.

For some strange reason the Plaintiff signed the sample and returned it to the Court.

The **Clerk** may docket this correspondence from the Plaintiff simply as a certificate of service. So far as the Magistrate Judge can tell it has no effect on the case.

It is so **ORDERED.**

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge