UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KEITH LAMONT FARMER, ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 3:12-0489 |
| v. ) | Judge Trauger/Brown |
| ) | Jury Demand |
| CPL. CHRIS PARKER, et al., ) | |
| ) | |
| Defendants ) | |

## O R D E R

The Magistrate Judge has received a document entitled "Response to Answer by Defendant Chris Parker." Unfortunately, the Plaintiff lists the wrong case number for his case. The case involving Defendant Chris Parker is 3:12-489, not 3:12-434. The Plaintiff is a plaintiff in Case 3:12-434, but that case has been dismissed for failure to state a cause of action. In that case Judge Sharp found that the Plaintiff's claim of injury to his mouth from a sharp object in his food was a claim of negligence, not a case involving a civil rights violation and dismissed the case.

In accordance with the Prison Litigation Format the Plaintiff's petition to proceed in *forma pauperis* was granted in that case and he was allowed to proceed without prepaying the filing fee. However, even though the case was later dismissed, the Plaintiff is still responsible for that filing fee. He did not file an appeal in that case.

In this case, the Response to Answer by Defendant Chris Parker, will be filed. However, there is no provision under the Federal Rules of Civil Procedure for a response to an answer.

The Magistrate Judge in this case has submitted a report and recommendation recommending that the Plaintiff's case against Sheriff Hall and the Metropolitan Government of Nashville, Davidson County, be dismissed. The Plaintiff was advised he had 14 days to object to the report and recommendation. It appears he has filed a document entitled "Response to Memorandum." The **Clerk** should docket this as an objection to the Report and Recommendation (Docket Entry 40).

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge