UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KEITH LAMONT FARMER, ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 3:12-0489 |
| v. ) | Judge Trauger/Brown |
| ) | **Jury Demand** |
| CPL. CHRIS PARKER, *et al.*, ) | |
| ) | |
| Defendants ) | |

### **O R D E R**

Presently pending are two motions: Docket Entry 57 for leave to take additional interrogatories; and Docket Entry 58, a motion to take the Plaintiff's deposition. Both of these motions are **GRANTED**.

While the Magistrate Judge believes that the interrogatories are a bit excessive and wordy for transmission to a *pro se* prisoner, they are nevertheless sufficiently relevant to be permitted.

Since the Defendants have been allowed 40 interrogatories, the Magistrate Judge will also increase the Plaintiff's interrogatories to 40 as well.

In conducting the Plaintiff's deposition, the Defendants will insure that the Plaintiff has least **seven days**' notice of the time of the deposition.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge