UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KEITH LAMONT FARMER, ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 3:12-0489 |
| v. ) | Judge Trauger/Brown |
| ) | **Jury Demand** |
| CPL. CHRIS PARKER, *et al.*, ) | |
| ) | |
| Defendants ) | |

**O R D E R**

The Plaintiff has sent the Court a letter requesting a copy of his original complaint in this matter (Docket Entry 1).

The **Clerk** is directed to send a copy of the complaint to the Plaintiff by regular mail.

In the future, the Plaintiff should **NOT** send letters to the Court. If the Plaintiff wishes the Court to do something he should file a motion stating exactly what is requested, and send a copy to opposing counsel. In addition, the Plaintiff should use a heading in his pleadings similar to the one used in this order so the Clerk may easily identify the case the motion involves.

It is so **ORDERED.**

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge