```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

KEITH LAMONT FARMER,            )
                                )
        Plaintiff               )
                                )   Case No. 3:12-0489
v.                              )   Judge Trauger/Brown
                                )   **Jury Demand**
CPL. CHRIS PARKER, *et al.*,    )
                                )
        Defendants              )

## **O R D E R**

The Plaintiff has written a letter to the Court asking about the scheduling of the final pretrial conference and the requirements for that conference.

The Magistrate Judge will normally enter an order setting the dates and requirements for the final pretrial conference and the trial approximately two months before the trial date.

The Court will normally issue orders for inmates whom the Plaintiff wishes to subpoena, provided he can show that their testimony is necessary. Unless the Plaintiff is able to pay the witness fees and mileage for non-inmate prisoners, the Court will not issue subpoenas for their attendance.

The Plaintiff has filed a pleading entitled "Plaintiff's Answer in Response to Court Order" (Docket Entry 89). If the Plaintiff intended this to be an appeal of the Magistrate Judge's order denying his motion to amend (Docket Entry 86), it should have been labeled as an appeal as stated in the last sentence of the Magistrate Judge's order. If it is simply a motion for the

Magistrate Judge to reconsider his order, it is **DENIED**. The Magistrate Judge stands by his original order.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge