

**Photographic Systems Unlimited**
2804 Bransford Avenue
Nashville, Tennessee 37204
(615) 383-3150  Fax (615) 383-3126
www.psunashville.com

**INVOICE** 42414

| CUSTOMER ORDER NO. | DEPARTMENT | DATE |
|---|---|---|
| 255-7722 | Video | 10/28/2012 |

Leitner, Williams, Dooley & Napolitan, PLLC
Attn: Denise Knutson

| SOLD BY | CASH | CHECK | BANK CARD | CHARGE NET 10 DAYS | C.O.D. | CREDIT |
|---|---|---|---|---|---|---|
| HW | | | | ✓ | | |

| # | VDR | I.D. CODE | QUAN. | DEPT | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | | | .5 | | Hours of Edit | 65.00 | 32.50 |
| 2 | | | 1 | | DVD Master | | 19.95 |
| 3 | | | 2 | | DVD Copies | 9.95 | 19.90 |

2 VHS Returned

SUBTOTAL 72.35
TAX 6.69
TOTAL 79.04

Thank You!
"Your business is Greatly Appreciated."

Courtney L Reising
RECEIVED BY

9017 **EXHIBIT**
3
A Craig Parker's Mo to Reconsider
Object. to Magistrate's Order