UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION

KEITH LAMONT FARMER,              )
                                  )
       Plaintiff                  )
                                  )   Case No. 3:12-0489
v.                                )   Judge Trauger/Brown
                                  )   **Jury Demand**
CPL. CHRIS PARKER, *et al.*,      )
                                  )
       Defendants                 )

                              **O R D E R**

       The Rule 16 case management conference in this matter is reset for **Monday, May 13, 2013, at 1:00 p.m.** The conference will be held in Chambers instead of the courtroom.

       It is so **ORDERED.**

                                       /s/ Joe B. Brown
                                       JOE B. BROWN
                                       United States Magistrate Judge