UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KEITH LAMONT FARMER, ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 3:12-0489 |
| v. ) | Judge Trauger/Brown |
| ) | **Jury Demand** |
| CPL. CHRIS PARKER, *et al.*, ) | |
| ) | |
| Defendants ) | |

### O R D E R

A case management conference was set in this matter for May 13, 2013, at 1:00 p.m. The Plaintiff in this case is now represented by counsel and Judge Trauger has advised that she will withdraw the reference to the undersigned and conduct a Rule 16 hearing before her at a later date.

The May 13th conference with the undersigned is therefore **CANCELED** and will be reset by Judge Trauger before her. The **Clerk** is directed to return the file to Judge Trauger.

It is so **ORDERED.**

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge