IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| KEITH LAMONT FARMER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Civil No. 3:12-0489 |
| | ) | Judge Trauger |
| CPL. CHRIS PARKER, *et al.*, | ) | |
| Defendants. | ) | |

**O R D E R**

The reference of this case to Magistrate Judge is hereby **WITHDRAWN**, and this case is set for a case management conference before Judge Trauger on Tuesday, May 28, 2013, at 1:00 p.m. The conference will take place in Judge Trauger's chambers, and lead counsel for the parties shall attend.

It is so **ORDERED**.

ENTER this 20th day of May 2013.

_____
ALETA A. TRAUGER
U.S. District Judge