UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KEITH LAMONT FARMER,           )
                               )
        Plaintiff,             )
                               )
            v.                 )   NO.  3:12-cv-0489
                               )
CHRIS PARKER, et al.,          )   Magistrate Judge Brown
                               )
        Defendants.            )

## O R D E R

This action has been referred to the undersigned for the purpose of conducting a judicial settlement conference.

A telephone conference with Magistrate Judge Joe Brown is set for **Thursday, October 10, 2013, at 10:30 a.m.** to discuss the setting of a date for the settlement conference.

**To participate in the conference call, the parties are required to call (615) 695-2851 at the scheduled time.**

It is so **ORDERED**.

/S/ Joe B. Brown
_____
JOE B. BROWN
United States Magistrate Judge