IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED for extension to 12/13/13.==

KEITH LAMONT FARMER, )
)
    Plaintiff, ) JURY DEMAND
)
v. ) Case No. 3:12-cv-00489
)
CPL. CHRIS PARKER, ) JUDGE ALETA A. TRAUGER
SHERIFF DARON HALL, D.C.S.O., & )
METRO GOVERNMENT, ) MAGISTRATE JUDGE JOE B.
)   BROWN
    Defendants. )

## DEFENDANT CHRIS PARKER'S MOTION FOR EXTENSION OF DEADLINE FOR FILING DISPOSITIVE MOTIONS

    Comes Defendant Chris Parker, by and through counsel, and moves this court to enter an order extending the November 15, 2013, deadline for the filing of dispositive motions to December 13, 2013. In support of his motion, this Defendant states as follows:

    1. On March 15, 2013, this Defendant's attorney filed a motion for summary judgment in a timely manner in relation to the scheduling order that was in place at that time;

    2. After the filing of that motion, the court granted Plaintiff's attorneys' motion to reopen discovery. Therefore, this Defendant's attorney withdrew the pending motion for summary judgment;

    3. Pursuant to the Case Management Order (Doc. 143) entered on June 11, 2013, the deadline for filing dispositive motions is now November 15, 2013;

    4. Pursuant to the Case Management Order filed on June 11, 2013, the parties filed a Joint Mediation Report with this court on September 5, 2013 (Doc. 147). In that report, this Defendant's attorney advised the court that neither a private mediation nor a

N:\Docs\009017\000001\02977125.DOC