# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

```
KEITH LAMONT FARMER, #401959,     )
                                  )
        Plaintiff,                )
                                  )
v.                                ) CASE 3:12-cv-00489
                                  ) MAGISTRATE JUDGE BROWN
CHRIS PARKER                      )
                                  )
        Defendant.                )
                                  )
```

### ORDER TO PRODUCE

A settlement conference has been set in this matter for **10:30 a.m. on Monday, November 18, 2013 in Courtroom 783, U.S. COURTHOUSE, 801 BROADWAY, NASHVILLE, TENNESSEE.**

It is hereby **ORDERED** that the Warden of the Turney Center Industrial Complex, 1499 R.W. Moore Memorial Highway, Only, Tennessee, where the plaintiff is presently confined, produce and deliver **Keith Lamont Farmer**, to this hearing no later than **9:30 a.m., on Monday, November 18, 2013,** to Courtroom No. 783, U.S. Courthouse, 801 Broadway, Nashville, before the Magistrate Judge. This Order to Produce shall be in effect for any subsequent days that the hearing may continue and the plaintiff shall be returned at the conclusion of the hearing.

**It is so ORDERED.**

Entered this 12th day of November, 2013.

/S/ Joe B. Brown
_____
**Joe B. Brown**
**United States District Judge**