UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KEITH LAMONT FARMER, ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 3:12-0489 |
| v. ) | Judge Trauger/Brown |
| ) | **Jury Demand** |
| CPL. CHRIS PARKER, *et al.*, ) | |
| ) | |
| Defendants ) | |

## Order

A settlement conference was held on November 18, 2013. The Magistrate Judge asked the parties to consider one aspect to the case and get back with him by Friday, November 22, 2013 with a response. If an agreement is not reached then the Magistrate Judge will return the file to Judge Trauger on Monday.

/S/ Joe B Brown
Joe B. Brown
U.S. Magistrate Judge