UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KEITH LAMONT FARMER, ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 3:12-0489 |
| v. ) | Judge Trauger/Brown |
| ) | **Jury Demand** |
| CPL. CHRIS PARKER, *et al.*, ) | |
| ) | |
| Defendants ) | |

## **O R D E R**

A settlement conference was held with the parties on November 18, 2013. Although the parties negotiated in good faith, they were not able to come to an agreement satisfactory to all parties. The Magistrate Judge stands ready to assist the parties should they feel that further alternate dispute resolution would be helpful in this matter.

There is nothing further to be done by the Magistrate Judge in this case. Therefore, the Clerk is **directed** to return the file to the District Judge.

It is so **ORDERED.**

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge