UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| KEITH LAMONT FARMER, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 3:12-cv-00489<br>Judge Aleta A. Trauger |
| CHRIS PARKER, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, defendant Chris Parker's Second Motion for Summary Judgment (Docket No. 159) is **GRANTED IN PART and DENIED IN PART**. The plaintiff's excessive force claim with respect to the morning incident will proceed to trial, subject to the clarifications set forth in the accompanying Memorandum. Farmer's remaining theories of liability are hereby **DISMISSED**.

It is so **ORDERED**.

Enter this 21st day of February 2014.

_____
ALETA A. TRAUGER
United States District Judge

1