UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | | |
|---|---|---|
| KEITH LAMONT FARMER | ) | |
| | ) | |
| Plaintiff, | ) | JURY DEMAND |
| | ) | |
| v. | ) | Case No. 3:12-cv-00489 |
| | ) | |
| CPL. CHRIS PARKER, | ) | JUDGE ALETA A. TRAUGER |
| SHERIFF DARON HALL, D.C.S.O., & | ) | |
| METRO GOVERNMENT, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR PRODUCTION OF PRISONERS FOR TRIAL DATE**

Comes now Plaintiff, by and through counsel, and moves this Honorable Court pursuant to FRCP 45 and LR 7.01(d) to order the transport and production of two inmate witnesses at the trial of this cause on April 16, 2014. The witnesses in question are incarcerated within the state of Tennessee. Their information is:

1. Jose Hall; DOB: 5/56/91; TOMIS/TDOC #: 00521195. Mr. Hall is currently housed at the West Tennessee State Penitentiary, 480 Green Chapel Road, Henning, Tennessee 38041-1150.

2. Kevin Lillard; DOB: 10/16/1973, TOMIS/TDOC #: 00228753, OCA #: 150392. Mr. Lillard is currently housed at the Metro-Davidson County Detention Facility, 5115 Harding Place, Nashville, TN 37211.

3. Timothy Noel Fields: DOB 02/19/1969, TOMIS/TDOC #: 00112649, CIS #: 340724, OCA #: 133231. Mr. Fields is currently housed at the Davidson Country Criminal Justice Center, 448 Second Avenue North, Nashville, TN 37201.

Plaintiff's attorney is in possession of sworn depositions by all three witnesses which are

1

favorable to Plaintiff's cause. These depositions were taken by counsel for Defendant Chris Parker. These witnesses have necessary and relevant testimony to offer at the trial in this matter in support of Plaintiff's cause. Because these witnesses are incarcerated and cannot respond to conventional subpoenas, they can only appear and be heard if the Court orders them to be produced. Therefore, Plaintiff respectfully asks the Court to order the production of these prisoners at the trial.

Respectfully submitted,

\_\_\_/s/Aaron Monick_____
Aaron Monick, BPRN 030028
250 10th St NE, #2414
Atlanta, GA 30309

\_\_\_/s/Sean W. Lyons_____
Sean W. Lyons, BPRN 022900
The Law Office of Sean W. Lyons
3200 West End Avenue, Suite 500
Nashville, TN 37203
Tel: (615) 783-2166
Fax: (615) 523-1137

Attorneys for Plaintiff Keith Lamont Farmer

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been forwarded via electronic means via the Court's electronic filing system on April 2, 2014 to:

D. Randall Mantooth, esq.
Leitner, Williams, Dooley & Napolitan, PLLC
Bank of America Plaza
414 Union Street, Suite 1900
Nashville, TN 37219-1782

Attorney for Defendant Chris Parker

Allison L. Bussell, esq.
Cynthia E. Gross, esq.
Assistant Metropolitan Attorneys
P.O. Box 196300
Nashville, TN 37219