Rev 7/11

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

KEITH LAMONT FARMER

Plaintiff(s)

V.

CPL. CHRIS PARKER

Defendant(s)

Case No.: 3:12-0489
Judge: Trauger
Date of Trial (Day One): 4/15/14
Location: ☑ Nashville  ◯ Columbia  ◯ Cookeville
Court Reporter: Betsy Pierucki
Court Interpreter:

# CIVIL JURY MINUTES
(Day One Only)

Plaintiff's Attorney(s): Aaron Monick, Sean Lyons

Defense Attorney(s): David Mantooth, Adam Dietrick

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.

COMMENTS:

Day 1 of jury trial. Voir dire completed. Opening statements made. Plaintiff's evidence begins. Jury respited to 4/16/14.

Total Time in Court: 6 hrs. 10 mins.

KEITH THROCKMORTON, Clerk
by: Katheryn Beasley