# UNITED STATES DISTRICT COURT

## MIDDLE    DISTRICT OF    TENNESSEE

KEITH LAMONT FARMER

V.

CPL. CHRIS PARKER

## EXHIBIT AND WITNESS LIST

Case Number: 3:12-0489

| PRESIDING JUDGE ALETA TRAUGER | | PLAINTIFF'S ATTORNEY Sean Lyons, Aaron Monick | | | DEFENDANT'S ATTORNEY Randall Mantooth, Adam Dietrick |
|---|---|---|---|---|---|
| TRIAL DATE (S) 4/15/14 | | COURT REPORTER Betsy Pierucki | | | COURTROOM DEPUTY Katheryn Beasley |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 3 | | 4/15-14 | | X | Diagram of Unit 5D of the Davidson County Criminal Justice Center |
| 4 | | " | | X | Centurion Medical Records of Keith Farmer |
| 9 | | " | | X | SAIR report filed by Kareem Lozer |
| 15 | | " | | X | 2/2/2012 email from Jamie Johnson re Chris Parker |
| 21 | | " | | X | Surveillance video of 1/22/2013 nincident involving Chris Parker and Keith Farmer |
| 22 | | " | | X | Defendant Parker's response to plaintiff Farmer's requests for admission |
| X | | " | | | WIT: Plaintiff, Keith Farmer |
| X | | " | | | WIT: Dr. Otis Campbell, Medical Director at Turney Center. |
| | 47 | " | | X | Xray report of plaintiff's back |
| | 48 | " | | X | Xray report of plaintiff's head |
| | 49 | " | | X | Xray report of plaintiff's cervical spine |
| X | | 4/16/14 | | | WIT: Kareen Lozer, Cpl. Davidson County Sheriff's office |
| X | | " | | | WIT: Jamie Johnson, Assistant Administrator Davidson County Sheriff's office |
| X | | " | | | WIT: Timothy Fields, prisoner |
| | X | " | | | WIT: Jessica Davidson, mental health nurse at CJC |
| | 1 | " | | X | Expert report of Sergeant Robert E. Allen, Jr. |
| | 2 | " | | X | Use of force packet for 1/22/12 |
| | 4 | " | | X | Davidson Co. Sheriff's Office disciplinary hearing summary dated 12/19/11 |
| | 5 | " | | X | Mental health initial assessment on 8/14/11 by Jessica Davidson |
| | 6 | " | | X | Medical use of force report 1/22/12 at 15:14 |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   3   Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Keith Farmer | | vs. | | Cpl. Chris Parker | CASE NO. 3:12-0489 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 7 | 4/16/14 | | X | Medical use of force report on 1/22/12 at 15:16 |
| | 8 | " | | X | Correct Care Solutions refusal of treatment on 1/14/12 |
| | 9 | " | | X | Diagram of the SMU Unit at CJC |
| | 10 | " | | X | Diagram of SMU Unit 5D at CJC |
| | 13 | " | | X | DCSO special management housing policy No. 1-3.400 |
| | 14 | " | | X | DCSO Use of force policy No. 1-1.455 |
| | 15 | " | | X | DCSO inmate searches policy no. 1-3.140 |
| | 17 | " | | X | DCSO CJC standard operating procedure: rules for admin. segregation inmate Index No. 2-2.132R |
| | 18 | " | | X | DCSO CJC standard operating procedures post orders - recreation office, index no. 2- |
| | 19 | " | | X | DCSO CJC standard operating procedure special management unit use of restraints index |
| | | | | | 2-2.132H |
| | 20 | " | | X | DCSO CJC standard operating procedure cell searches SMU index no 2-2.132M |
| | 21 | " | | X | DCSO CJC standard operating procedure use of chemical agents |
| | 22 | " | | X | Correctional officer job summary (job description of Chris Parker) |
| | 23 | " | | X | Plaintiff's responses to D Chris Parker's interrogatories |
| | 24 | " | | X | Defendant's requests for admissions to plaintiff |
| | 25 | " | | X | Plaintiff's response to defendant's requests for admissions |
| | 26 | " | | X | certified copy of criminal conviction of plaintiff dated 7/23/12 |
| | 28 | " | | X | certified copy of criminal conviction of plaintiff dated 3/15/06 possess weapon on school |
| | 29 | " | | X | certified copy of criminal conviction of plaintiff dated 3/15/06 aggravated assault |
| | 36 | " | ID only | | certified copy of criminal conviction of Timothy Fields dated 6/5/01 |
| | 37 | " | | X | certified copy of criminal conviction of Timothy |
| | 38 | " | | X | Affidavit of Tammy Adams with attachments |
| | 39 | " | | X | Affidavit of Tom Davis with attachments |
| | | | | | |

AO 187A (Rev. 7/87)

| | | Keith Farmer | | vs. | Cpl Chris Parker | CASE NO. 3:12-0489 |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 41 | 4/16/14 | | X | DVD of surveillance video of 1/22/12 incident involving defendant |
| | 43 | " | | X | Exemplar canister of Freeze +P spray |
| | 44 | " | | X | Exemplar envelope |
| | 45 | " | | X | Curriculum Vitae of Sgt. Robert E. Allen, Jr |
| | 46 | " | | X | medical records of defendant |
| | X | " | | | WIT: Sgt. Lionel Farley, CJC supervisor |
| 1 | | " | | | Use of Force packet for 1/22/12 incident involving Chris Parker |
| | X | " | | | WIT: Susan Howell, LPN at CJC |
| | X | " | | | WIT: Kevin Johnson, Davidson County Sheriff's instructor in use of force |
| | X | 4/16-17/14 | | | WIT: Cpl. Chris Parker, defendantot |
| | X | 4/17/14 | | | WIT: Sgt. Robert E. Allen, Metro Nashville Police Dept. Expert witness on use of force |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |