IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KEITH LAMONT FARMER, )
)
    Plaintiff, )
)
v. ) Case No. 3:12-cv-0489
) Judge Trauger
CPL. CHRIS PARKER, )
)
    Defendant. )

## VERDICT FORM

1.    Do you find that Plaintiff has proven by a preponderance of the evidence that Defendant Parker used excessive force against Plaintiff on January 22, 2012, in violation of Plaintiff's constitutional rights?

    YES _____               NO  X 

If you answered Question 1 "Yes," please proceed to Question 2. If you answered Question 1 "No," then your deliberations are now complete, and you should therefore have the Foreperson of the jury sign and date this form in the space designated on page 2 and return to the courtroom.

2.    Do you find that Plaintiff has proven by a preponderance of the evidence that Plaintiff has suffered actual (compensatory) damages as a result of a constitutional violation by Defendant Parker?

    YES _____               NO _____

If you answered Question 2 "No," please proceed to Question 3. If you answered Question 2 "Yes," what amount of actual damages do you award the Plaintiff?

$_____.

If you answered Question 2 "Yes," please proceed to Question 4.

3. Do you find that Plaintiff has proven by a preponderance of the evidence that Plaintiff has suffered nominal damages of One Dollar ($1.00) as a result of a constitutional violation by Defendant Parker?

YES _____ NO _____

If you answered Questions 2 and 3 "No," then your deliberations are now complete and you should therefore have the Foreperson of the jury sign and date this form in the space designated on page 2 and return to the courtroom.

If you answered Question 2 or 3 "Yes," please proceed to question 4.

4. If you awarded actual or nominal damages to Plaintiff, do you find that Plaintiff has proven by a preponderance of the evidence that he is entitled to an award of punitive damages against Defendant Parker?

YES _____ NO _____

If you answered Question 4 "Yes," what amount of punitive damages do you award the Plaintiff? $_____. If you answered Question 4 "No," your deliberations with respect to Plaintiff's claim against Defendant Parker are now complete.

Please have the Foreperson sign and date this verdict form.

_____
Foreperson

_4-17-14_____
Date

2