# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

## JUDGMENT IN A CIVIL CASE

KEITH LAMONT FARMER )
)
VS. ) CASE #: 3:12-0489
)
CHRIS PARKER )

○ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict as reflected in the verdict form filed April 18, 2014. (Docket No. 229).

The jury found that plaintiff did not prove by a preponderance of the evidence that defendant Chris Parker violated his constitutional rights by the use of excessive force on January 22, 2012.

IT IS ORDERED AND ADJUDGED.

DATE: 4/18/2014

KEITH THROCKMORTON, CLERK

*/s/ Katheryn Beasley*
BY KATHERYN BEASLEY
DEPUTY CLERK