UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| KEITH LAMONT FARMER | ] | |
| Plaintiff/Appellant, | ] | |
| | ] | |
| v. | ] | No. 3:12-0489 |
| | ] | Judge Trauger |
| CPL. CHRIS PARKER, et al. | ] | |
| Defendants/Appellees. | ] | |

**O R D E R**

Presently before the Court is defendant's Motion to Require Appellant to Order Transcript (Docket Entry No. 253).

The plaintiff is directed, within twenty one (21) days from the date of entry of this order on the docket, to file a response to the defendant's pending Motion. Should the plaintiff fail to file a response within the specified period of time, the Court shall presume that the plaintiff does not oppose the defendant's Motion.

It is so ORDERED.

Aleta A. Trauger
United States District Judge