IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> Motion DENIED as MOOT.

| | |
|---|---|
| **KEITH LAMONT FARMER,** ) | |
| ) | |
| Plaintiff, ) | **JURY DEMAND** |
| ) | |
| v. ) | **Case No. 3:12-cv-00489** |
| ) | |
| **CPL. CHRIS PARKER,** ) | **JUDGE ALETA A. TRAUGER** |
| **SHERIFF DARON HALL, D.C.S.O., &** ) | |
| **METRO GOVERNMENT,** ) | |
| ) | |
| Defendants. ) | |

## MOTION TO REQUIRE APPELLANT TO ORDER TRANSCRIPT

Comes Defendant/Appellee Chris Parker (hereinafter referred to as "Parker"), by and through counsel, pursuant to Fed. R. App. P. 10(b)(3)(C), and hereby gives notice that he has not been provided a proper statement of issues for appeal and is, therefore, unable to determine if a transcript is necessary. However, in order to avoid surprise and prejudice in the defense of this appeal, Parker moves this Honorable Court for an order requiring Plaintiff/Appellant Keith Lamont Farmer (hereinafter referred to as "Farmer") to order the entire transcript and that he be liable for the full cost of same. In support of this motion, Parker states unto this Honorable Court as follows:

### I. PROCEDURAL HISTORY

On May 16, 2012, Farmer filed a "Complaint for Violation of Civil Rights Under 42 U.S.C. § 1983" against Officer Parker, Sheriff Daron Hall, and Metro Government. (Dist. Ct. Doc. 1). Farmer, who was an inmate in the Special Management Unit at the Davidson County Criminal Justice Center, alleged constitutional violations as a result of injuries allegedly suffered during a use of force incident involving Officer Parker on January 22,